**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION**

DAVID THOMAS,

       Plaintiff,

    v.

THE PNC FINANCIAL SERVICES GROUP,
INC.; PNC FINANCIAL SERVICES GROUP,
INC. HR OPERATIONS; and PNC
FINANCIAL SERVICES GROUP, INC. -
101 S. FIFTH STREET,

       Defendants.

Case No. 3:26-cv-320-CHB

**CORPORATE DISCLOSURE STATEMENT OF
DEFENDANT PNC BANK, N.A.[1]**

Pursuant to Fed. R. Civ. P. 7.1, Defendant PNC BANK, N. A. ("PNC"), incorrectly named

in the Complaint as "THE PNC FINANCIAL SERVICES GROUP, INC.; PNC FINANCIAL

SERVICES GROUP, INC. HR OPERATIONS; and PNC FINANCIAL SERVICES GROUP,

INC. - 101 S. FIFTH STREET," by its undersigned counsel, hereby provides the following

corporate disclosure statement:

PNC Bank, N.A. is a wholly-owned subsidiary of PNC Bancorp, Inc., which in turn is a

wholly-owned subsidiary of The PNC Financial Services Group, Inc., whose stock is traded on the

New York Stock Exchange. No one person or entity owns more than 10% of the stock of The PNC

Financial Services Group.

---

[1] Plaintiff was employed by PNC Bank, N.A., not The PNC Financial Services Group, Inc.. Where this document states "PNC" it is referring to the proper defendant, PNC Bank, N.A.  PNC Financial Services Group, Inc. HR Operations and PNC Financial Services Group, Inc. – 101 S. Fifth Street are not legal entities or proper defendants and therefore no disclosure is being provided on their behalf.

DATED: June 5, 2026

Respectfully submitted,

PNC BANK, N.A.

By: */s/ Kathleen C. Tranter*

Kathleen C. Tranter (KY Bar No. 95316)
ktranter@seyfarth.com

SEYFARTH SHAW LLP
233 South Wacker Drive, Suite 8000
Chicago, Illinois 60606
Telephone:  312.460.5000
Facsimile:   312.460.7000

*Attorneys for Defendant*

2

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on June 5, 2026, I caused the foregoing document to be filed with the Clerk of the Court via the CM/ECF system, which will electronically serve upon all counsel of record.

*/s/ Kathleen C. Tranter*
Kathleen C. Tranter