**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION**

DAVID THOMAS,

       Plaintiff,

    v.

THE PNC FINANCIAL SERVICES GROUP,
INC.; PNC FINANCIAL SERVICES GROUP,
INC. HR OPERATIONS; and PNC
FINANCIAL SERVICES GROUP, INC. -
101 S. FIFTH STREET,

       Defendants.

Case No. 3:26-cv-320-CHB

**<u>STIPULATION AND AGREED ORDER SUBSTITUTING DEFENDANT</u>**

Plaintiff, David Thomas, filed a Complaint against Defendants, THE PNC FINANCIAL

SERVICES GROUP, INC., PNC FINANCIAL SERVICES GROUP, INC. HR OPERATIONS,

and PNC FINANCIAL SERVICES GROUP, INC. - 101 S. FIFTH STREET, on May 4, 2026.

"PNC FINANCIAL SERVICES GROUP, INC. HR OPERATIONS", and "PNC FINANCIAL

SERVICES GROUP, INC. - 101 S. FIFTH STREET" are not legal entities. "THE PNC

FINANCIAL SERVICES GROUP, INC." did not employ Plaintiff. Plaintiff was employed by

PNC Bank, N.A. and, therefore, it is the real Defendant in interest.

By agreement of the Parties, PNC Bank, N.A., is substituted as the Defendant in this matter.

_____
The Honorable Clara Horn Boom
United States District Court Judge

DATED: _____

Having Seen and Agreed:

Plaintiff                                                    PNC BANK, N.A.

*/s/ Hon. Joesph D. Gaines*
Hon. Joesph D. Gaines                                  By: */s/ Kathleen C. Tranter*
100 Mallard Creek Road, Suite 404                          Kathleen C. Tranter (KY Bar No. 95316)
Louisville, KY 40207                                       ktranter@seyfarth.com
502-414-1119                                               SEYFARTH SHAW LLP
Fax: 502-470-5778                                          233 South Wacker Drive, Suite 8000
Email:                                                     Chicago, Illinois 60606
jgaines@josephdgainesinjurylaw.com                         Telephone:  312.460.5000
                                                           Facsimile:   312.460.7000

Attorney for Plaintiff
                                                           *Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on June 5, 2026, I caused the foregoing document to be filed with the Clerk of the Court via the CM/ECF system, which will electronically serve upon all counsel of record.

*/s/ Kathleen C. Tranter*
Kathleen C. Tranter