UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | | |
|---|---|---|
| DAVID THOMAS, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 3:26-cv-320-CHB |
| | ) | |
| v. | ) | |
| | ) | |
| THE PNC FINANCIAL SERVICES | ) | **ORDER** |
| GROUP, INC., *et al.* | ) | |
| | ) | |
| Defendants. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

This matter is before the Court on the parties' Stipulation and Agreed Order Substituting Defendant. [R. 6]. Therein, the parties stipulate to substitute "PNC Bank, N.A." in place of "The PNC Financial Services Group, Inc.," "PNC Financial Services Group Inc. HR Operations," and "PNC Financial Services Group, Inc. - 101 S. Fifth Street" because the defendants currently listed are not legal entities and PNC Bank, N.A. is the real defendant in interest. *Id.* at 1. Therefore, having reviewed the Stipulation and Agreed Order, and the Court being otherwise sufficiently advised, **IT IS HEREBY ORDERED** as follows:

1.  The parties' Stipulation and Agreed Order Substituting Defendant, [**R. 6**], is **GRANTED**.

2.  "PNC Bank, N.A." **SHALL** be **SUBSTITUTED** in place of "The PNC Financial Services Group, Inc.," "PNC Financial Services Group Inc. HR Operations," and "PNC Financial Services Group, Inc. - 101 S. Fifth Street."

3.  The Clerk of Court is **DIRECTED** to update ECF accordingly.

- 2 -

This the 10th day of June, 2026.



CLARIA HORN BOOM,
UNITED STATES DISTRICT COURT JUDGE
EASTERN AND WESTERN DISTRICTS OF
KENTUCKY

cc:    Counsel of Record