## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
### LOUISVILLE   DIVISION

DAVID THOMAS

-vs-

Case No.: 3:26-cv-320-CHB

PNC BANK, N.A.

## MOTION FOR ADMISSION *PRO HAC VICE*

Comes now Ashley B. Rutherford, Applicant herein, and moves this Court to grant my admission to the United States District Court for the Western District of Kentucky *pro hac vice* to represent PNC Bank, N.A. in this case.

1. Applicant is an attorney and a member of the law firm (or practices under the name of) Seyfarth Shaw LLP

with offices at

Mailing address:   233 S. Wacker Drive, Suite 8000

City, State, Zip Code: Chicago, IL 60606

Telephone:   312-460-5618

E-Mail:   abrutherford@seyfarth.com

2. Applicant is admitted to practice, currently in active status, and in good standing as an attorney in the following United States courts **AND** the highest court of the following states:

| U.S. Court/State: | Admission Date: | Bar No.: |
|---|---|---|
| FL | September 2010 | 0084022 |
| | | |
| | | |
| | | |
| | | |

3.  Applicant HAS NOT ☑ been disbarred, suspended from practice or subject to any disciplinary action by any court, Bar, or other admitting or licensing authority. Applicant HAS ☐ been disbarred, suspended from practice or subject to any disciplinary action by any court, Bar, or other admitting or licensing authority. Please explain.

    _____

    _____

4.  Applicant consents to the jurisdiction and rules of the Kentucky Supreme Court governing professional conduct and acknowledges having reviewed General Order 23-11 of the Western District of Kentucky and agrees to pay all required renewal fees.

5.  I have completed training for mandatory electronic case filing through ☐ the Kentucky Bar Association CLE course **OR** ☐ on-line tutorial **OR** ☐ authorized class room training **OR** ☑ other method Please explain:
    completed mandatory electronic case filing through the United States District
    Court for the Southern District of Florida.

    _____

6.  Applicant tenders with this Motion the following:

    ☑    The required *pro hac vice* motion fee of $150.00

Wherefore, Applicant prays that this Court enter an order permitting the admission of
Ashley B. Rutherford_____ to the Western District of Kentucky *pro hac vice* for this case only.

*Ashley B. Rutherford*

[Signature of Atty to be admitted - Hand Signed]

If filed by an attorney other than the applicant, please complete the section below

_____
                                                    Signature
Kathleen C. Tranter
_____
                                              Mailing Address
233 S. Wacker Drive, Ste. 8000
_____
                                                  City/State
Chicago, IL 60606
_____
                                                   Zip Code
312-460-5000
_____
                                                  Telephone
abrutherford@seyfarth.com
_____
                                                     Email

Motions to appear pro hac vice are governed by LR 83.2 and LCrR 57.2. Pursuant to said rules, the Attorney General or any other bar member of the Department of Justice, or of any federal agency, including federal public defenders or panel attorneys that cross district lines, or any attorney appointed pursuant to the Criminal Justice Act, need not seek admission *pro hac vice*.

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
LOUISVILLE    **DIVISION**

DAVID THOMAS

-vs-                                        Case No.: 3:26-cv-320-CHB

PNC BANK, N.A.

## ORDER FOR ADMISSION *PRO HAC VICE*

The motion for admission to practice *pro hac vice* in the above-captioned matter is granted. The Applicant, Ashley B. Rutherford , is permitted to argue or try this case in whole or in part as counsel for PNC Bank, N.A.                                        . Further, the Applicant is ordered to pay all admission fees, including annual renewal fees, as required by General Order 23-11.